**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.S.** | **CRIMINAL ACTION NUMBER: 1:05CR-30-R** |
| **WILLIAM RUSSELL WHEAT** | **DEFENDANT** |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY IN FELONY CASE**

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The Defendant, by consent and with John L. Caudill, retained counsel, appeared before me on November 28, 2005, and entered pleas of guilty as to Counts 1 and 2  of the Indictment pursuant to a Rule 11 (c)(1)(A)&(C) plea agreement.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses.  I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly.  The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant shall remain detained in the custody of the United States Marshal pending

sentencing before the District Court.

Official Court Reporter:
Alan Wernecke

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

-2-

25