UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                     **CRIMINAL ACTION NUMBER:   1:05CR-30-R**

**WILLIAM RUSSELL WHEAT**                                                                    **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the pleas of guilty by Defendant to Counts 1 and 2 of the Indictment, are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **MARCH 7, 2006 at 11:30 a.m.,** United States Courthouse, at Bowling Green, Kentucky.

**IT IS SO ORDERED.**

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant